UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Manuel AVILES–TORRES,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Jose Manuel Aviles–Torres, a.k.a.
Ramon, a.k.a. Chaparro,
Defendant–Appellant.

Nos. 11–15817, 11–15829
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 9, 2012.

Kimberly Dunn Abel, U.S. Attorney's Office, West Palm Beach, FL, Wifredo A. Ferrer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Jose Rafael Rodriguez, Law Offices of J. Rafael Rodriguez, Miami, FL, for Defendant–Appellant.

Jose Manuel Aviles–Torres, Oakdale, LA, pro se.

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Jose Aviles–Torres in this direct crimi-

nal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Aviles–Torres's convictions and sentences are **AFFIRMED.**